1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | W. DOUGLAS SPRAGUE (CABN 202121)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7128

7 | FAX: (415) 436-7234
Doug.Sprague@usdoj.gov

8

Attorneys for United States of America

9

**FILED**

APR 0 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,      )   NO.: CR 80-00462 EXE; CR 81-00077 EXE

14 |                                )

Plaintiff,                     )   NOTICE OF DISMISSAL

15 |                                )

v.                             )

16 |                                )

MASHOOD DANMOLE,                )

17 |                                )

Defendant.                     )

18 | _____)

19

20 | With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

States Attorney for the Northern District of California dismisses the above indictments without prejudice

21 | and moves that the Court quash the arrest warrants issued in connection with the indictments in the

22 | above cases.

23

24 | DATED:      April ___, 2014               Respectfully submitted,

25 |                                            MELINDA HAAG
United States Attorney

26

27 |                                            J. DOUGLAS WILSON

28 |                                            Chief, Criminal Division

NOTICE OF DISMISSAL
CR 80-00462; CR 81-00077 EXE

1

2      Leave is granted to the government to dismiss the indictments.   It is further ordered that the

3 arrest warrants issued in connection with the indictments are quashed.

4

5

6  Date:   4-7-14

7                                                                        William H. Orrick
                                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 80-00462; CR 81-00077 EXE